PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Gazmend Lita  Cr.: 22-00385-001
PACTS #: 6453172

Name of Sentencing Judicial Officer:   THE HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE SD/NY

Name of Assigned Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/01/2022

Original Offense:   Conspiracy to Transmit Wagering Information, 18 U.S.C. § 371, 18 U.S.C. § 1084

Original Sentence: Three (3) years' probation

Special Conditions: Financial Disclosure, New Debt Restriction, and a $4,000 Fine.

Type of Supervision: Probation   Date Supervision Commenced: 02/01/2022

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Tirana, Albania on January 21, 2023, to February 12, 2023. Lita will be traveling alone to visit his ailing mother. He will be staying at his brother, Korab Lita's residence in Tirana, Albania.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Lita reports as instructed, submits monthly supervision reports, and satisfied his financial obligation. He has maintained stable residence and is employed with JAS Associates LLC in North Bergen, New Jersey. As such, he is in full compliance with the conditions of supervised release.

Prob 12A – page 2
Gazmend Lita

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

*Susan Karlak*

By:   SUSAN KARLAK
Senior U.S. Probation Officer

/trp

PREPARED BY:

*Taylor R. Petronzio*                    *01/18/2023*
TAYLOR R. PETRONZIO                Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

1/26/23
_____
Date